# EXHIBIT F

# Bass Pro Online, LLC.

## Infringement Claim Chart for Claim 1 U.S. Pat. No. 7,222,078

# Claim 1 of U.S. Pat. No. 7,222,078

- A system comprising:
- Units of a commodity that can be used by respective users in different locations,
- A user interface, which is part of each of the units of the commodity, configured to provide a medium for two-way local interaction between one of the users and the corresponding unit of the commodity, and further configured to elicit, from a user, information about the user's perception of the commodity,
- A memory within each of the units of the commodity capable of storing results of the two-way local interaction from each of the units of the commodity to a central location, and
- A component capable of managing the interactions of the users in different locations and collecting the results of the interaction at the central location.

Claim 1 of U.S. Pat. No. 7,222,078: Units of a commodity that can be used by respective users in different locations,



Different users in different locations are queued



Claim 1 of U.S. Pat. No. 7,222,078: A memory within each of the units of the commodity capable of storing results of the two-way local interaction from each of the units of the commodity to a central location,



*Results of previous interactions are stored as seen in this chat session*

