UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| RIGHTNOW TECHNOLOGIES INC., | ) |
| Plaintiff | ) ) ) |
| v. | ) Civil Action No. 2:11-cv-00737 |
| LODSYS, LLC, | ) ) |
| Defendant | ) ) |

## INITIAL DISCLOSURE STATEMENT

The undersigned, counsel of record for defendant, Lodsys, LLC, furnishes the following list in compliance with Civil L. R. 7.1 and Fed. R. Civ. P. 7.1:

1. State the full name of every party represented by the undersigned: Lodsys, LLC

2. Do any of the named parties have a parent corporation?

    YES __X__     NO _____

    Lodsys, LLC's parent company is Lodsys Holdings, LLC.

3. Is 10% or more of any of the named party's stock owned by a publicly owned corporation?

    YES _____     NO __X__

                Respectfully submitted,

                s/Aaron T. Olejniczak
                Aaron T. Olejniczak (#1034997)
                ANDRUS, SCEALES, STARKE & SAWALL, LLP
                100 East Wisconsin Avenue, Suite 1100
                Milwaukee, WI 53202
                Telephone: 414-271-7590
                Facsimile: 414-271-5770
                E-mail: aarono@andruslaw.com

- 1 -
Case 2:11-cv-00737-CNC   Filed 09/30/11   Page 1 of 2   Document 11

Michael A. Goldfarb
Chris Huck
Kit W. Roth
KELLEY, DONION, GILL, HUCK &
GOLDFARB, PLLC
701 Fifth Avenue, Suite 6800
Seattle, WA 98104
Telephone: 206-452-0260
Facsimile: 206-397-3062
E-mail: goldfarb@kdg-law.com
E-mail: huck@kdg-law.com
E-mail: roth@kdg-law.com

Attorneys for Defendant Lodsys, LLC